# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

**vs.**                                            **CASE NO. 5:10cr27/RS-LB**

**HECTOR MENDOZA**

    **Defendants.**
_____/

## ORDER

Before me is the Government's unopposed motion for an order of dismissal (Doc. 28). Pursuant to Fed. R. Crim. P. 48(a), the indictment is dismissed. The Clerk is directed to close the file.

**ORDERED** on May 28, 2010.

                                            **/s/ Richard Smoak**
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**